### 27168. STEUER *et al. v.* MURROW.

GUERRY, J. Where a tenant at will gives proper notice that he will vacate the premises by October 1, and on September 28 procures leave of the landlord to occupy the premises a few days longer into the month of October, the relation of tenant at will continues, and without an express agreement to the contrary the tenant becomes liable for the October rent. The appellate division of the municipal court of Atlanta was correct in giving judgment in favor of the plaintiff for the October rent.

    *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED FEBRUARY 2, 1939.

*Evins, Quillian & Evins,* for plaintiff in error.
*Clarke & Clarke,* contra.

### 27172. BENNETT *v.* C. I. T. CORPORATION.

GUERRY, J. An attachment bond signed John Doe, agent or attorney at law for Richard Roe, is amendable, by allowing the bond to be signed Richard Roe, by his agent or attorney at law, John Doe. *Long v. Hood,* 46 *Ga.* 225; *Whitley v. Jackson,* 34 *Ga. App.* 286 (6) (129 S. E. 662), and cit. The court did not err in allowing the amendment.

    *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED FEBRUARY 2, 1939.

*I. J. Bussell,* for plaintiff in error.
*J. Wilbur Sweat, Harry M. Wilson,* contra.